```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANNA M. AIELLO,                                             :    **ORDER**
                                                            :
            Plaintiff,                                :
                                                            :
   -v-                                                   :    22-CV-10946 (JHR) (JLC)
                                                            :
NEW YORK STATE OFFICE OF                                    :
MENTAL HEALTH, *et ano.*,                                   :
                                                            :
            Defendants.                               :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held an initial case management conference today by telephone. At the conference, the Court set the following deadlines:

    The parties will have until **September 29, 2023**, to serve requests for documents and initial interrogatories. Depositions and all other fact discovery must be completed by **December 15, 2023**. Following the close of fact discovery, the parties are further directed to provide Judge Rearden with a status report, and to request a conference to chart the further course of the case by **January 16, 2024**.

    **SO ORDERED.**

Dated:  August 18, 2023
          New York, New York

                                                    JAMES L. COTT
                                                  United States Magistrate Judge